193 P.3d 456

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 3, 2008**

| 28364 | Coleman v. State | Affirmed |

**October 13, 2008**

| 27437 | Stone v. Sun and Sea Realty, Inc. | Affirmed |

**October 17, 2008**

| 27949 | Chang v. State, Dept. of Labor and Indus. Relations | Affirmed |
| 28438 | Core Realty, LLC v. Fong | Affirmed |
| 28168, 28169 | State v. Taylor | Vacated and Affirmed |